# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 2, 2009

*Before*

WILLIAM J. BAUER, *Circuit Judge*

KENNETH F. RIPPLE, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff-Appellee,<br><br>No. 08-1691                      v.<br><br>CHARLES T. DUNSON,<br>        Defendant-Appellant. | ] Appeal from the United<br>] States District Court<br>] for the Southern District<br>] of Indiana, Indianapolis<br>] Division.<br>]<br>] No. 1:06-cr-0147-T/F-01<br>]<br>] John Daniel Tinder,<br>]      Judge. |

        The opinion of this court issued on February 27, 2009, is **WITHDRAWN** and the judgment is **VACATED**.  This appeal remains under consideration by the panel.